UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CHARLES HUDSON and DEBRA HUDSON,<br>    Plaintiffs, | : : : : | Civil Action No. 04-6438(NLH) |
| v. | : : | **ORDER** |
| SIEMENS LOGISTICS AND ASSEMBLY SYSTEMS, INC., HK SYSTEMS, INC., and EATON CORPORATION,<br>    Defendants, | : : : : : : | |
| HK SYSTEMS, INC.,<br>    Defendant/Third-Party<br>    Plaintiff, | : : : : | |
| v. | : : | |
| EATON CORPORATION,<br>    Defendant/Third-Party<br>    Defendant. | : : : | |

For the reasons expressed in the Court's Opinion filed even date,

**IT IS HEREBY** on this 19th day of December, 2007

**ORDERED** that Defendant/Third-Party Plaintiff HK Systems, Inc.'s motion for summary judgment [46] is **GRANTED**; and it is further

**ORDERED** that Defendant/Third-Party Defendant Eaton Corporation's motion for summary judgment [47] is **DENIED**; and it is further

**ORDERED** that HK Systems, Inc. shall provide a proposed order of judgment within 10 days of the date of this Order, and Eaton may submit any objections to the proposed order 10 days thereafter.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.